1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., ) | CASE NO.  2:03-cv-07208-ER-E |
| Plaintiff, ) | RENEWAL OF DEFAULT JUDGMENT BY CLERK |
| vs. ) | |
| THOMAS K.H. LIU, individually and doing business as Tom's Place, ) | |
| Defendant. ) | |

17        Based upon the application for renewal of the judgment of the original

18   judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320,

19   and for good cause appearing, therefore,

20        The judgment to and against Defendant THOMAS K.H. LIU, individually

21   and doing business as Tom's Place, the Judgment entered on 5/27/04 [copy of

22   abstract attached] is hereby renewed in the amounts as set forth below:

23        Renewal of money judgment:

24        a. Total judgment                      $3,688.50
          b. Costs after judgment               $   -0-
25        c. Attorneys fees:                     $   -0-
          d. Subtotal (*add a and b*)           $3,688.50
26        e. Credits after judgment             $   -0-
          f. Subtotal (*subtract d from c*)     $3,688.50
27        g. Interest after judgment            $  892.25

28

1    h.  Fee for filing renewal application              $    -0-
2    i.  **Total renewed judgment** *(add e, 5, and g)*    $4,580.75

3    DATED: _____3/5/2014_____        CLERK, by _____J. Remigio_____,
4                                     Deputy

WHEN RECORDED MAIL TO:

DAVID J. COOK SBN 060859
COOK COLLECTION ATTORNEYS, PLC
165 FELL ST., SAN FRANCISCO, CA 94102
                              OUR FILE 48944
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING VISION PAY-PER-VIEW, Ltd.<br><br>                        PLAINTIFF(S),<br>           v.<br>Thomas K.H. Liu, individually and doing business<br>as Tom's Place<br>                        DEFENDANT(S). | CASE NUMBER:<br><br>2:03-cv-07208-ER-E<br><br><br>ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on __5/27/2004__

in favor of __KING VISION PAY-PER-VIEW, Ltd.__

whose address is __c/o COOK COLLECTION ATTORNEYS, PLC 165 FELL ST., SAN FRANCISCO, CA 94102__

and against __Thomas K.H. Liu, individually and doing business as Tom's Place__

whose last known address is __520 E. Foothill Blvd., Rialto, CA 92376__

for $ __3,000.00__ Principal, $ __0.00__ Interest, $ __188.50__ Costs,
and $ __500.00__ Attorney Fees.

ATTESTED this ___6th___ day of ___August___, 20 _10_.

Judgment debtor's driver's license no. and state; _____ ☒ Unknown.

Judgment debtor's Social Security number; _____ ☒ Unknown.

☒ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

520 E. Foothill Blvd.
Rialto, CA 92376

CLERK, U. S. DISTRICT COURT

By _____
         Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.